Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

*Attorneys for Plaintiff, JAMES SWEET; CHUCK MERE; ZOMBIE GO BOOM, LLC, DBA ZOMBIEGOBOOM*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES SWEET; CHUCK MERE; ZOMBIE GO BOOM, LLC, DBA ZOMBIEGOBOOM,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE, INC. DBA YOUTUBE,<br><br>Defendant. | Case No. 3:17-cv-03953-EMC<br><br>[Hon. Edward M. Chen]<br><br>**STIPULATION CONTINUING PLAINTIFF'S DEADLINE TO FILE A FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: July 13, 2017<br>Current Motion Hearing Date: November 9, 2017<br>New Date: TBD |

**JOINT STIPULATION EXTENDING PLAINTIFF'S DEADLINE
TO FILE FIRST AMENDED COMPLAINT**

-1-

Plaintiff, JAMES SWEET; CHUCK MERE; ZOMBIE GO BOOM, LLC, DBA ZOMBIEGOBOOM, ("Plaintiff"), and Defendant, GOOGLE, INC. ("Defendant"), hereby agree and stipulate as follows:

WHEREAS, on July 13, 2017, Plaintiff filed a purported Class Action Complaint (the "Complaint") against Defendant, and served the Complaint on Defendant on or about August 4, 2017;

WHEREAS, on August 14, 2017, the parties entered in a stipulation extending Defendant's deadline to respond to the complaint to September 25, 2017;

WHEREAS, Defendant filed, on September 25, 2017, a motion to dismiss Plaintiff's complaint;

WHEREAS, Pursuant to Northern District of California Local Rule 7-3(a), Plaintiff's deadline to file an opposition to Defendant's motion to dismiss is October 9, 2017, only 14 days after Defendant's filing of their motion to dismiss;

WHEREAS, Plaintiff plans to file a first amended complaint to address the deficiencies addressed in Defendant's motion to dismiss the complaint, the parties wish to continue plaintiff's deadline to file their opposition to Defendant's motion to dismiss the complaint, to allow time to file a first amended complaint and to research and respond adequately to Defendant's issues raised in their motion to dismiss;

WHEREAS, the parties have agreed to extend the deadline to October 26, 2017 for Plaintiff to file a first amended complaint;

WHEREAS, the parties have agreed to extend the deadline to November 30, 2017 for Defendant to respond to the first amended complaint;

WHEREAS, the parties have agreed that Plaintiff will submit any oppositions to Defendant's responsive pleadings under Northern District of California Local Rule 7-3(a); and

1 | Whereas; the parties will request this Honorable Court to vacate the November 9, 2017 hearing date for Defendant's Motion to Dismiss the Complaint; and

WHEREAS, the parties request that the case management conference currently scheduled for December 21, 2017 be continued to February 22, 2018;

Thus, it is hereby stipulated that:

1. Plaintiff's deadline to file the first amended complaint is continued to October 26, 2017, Defendant's deadline to submit responsive pleadings is continued to November 30, 2017, and Plaintiff's deadline to submit an opposition to Plaintiff's responsive pleadings is continued, pursuant to Northern District of California Local Rule 7-3(a), based on the date Defendant's response is filed; and

2. The November 9, 2017 hearing date for Defendant's Motion to Dismiss the Complaint is vacated; and

3. The case management conference currently scheduled for December 21, 2018 is continued to ~~February 22, 2018.~~ March 1, 2018 at 9:30 a.m.

Dated: October 6, 2017      **Law Offices of Todd M. Friedman, P.C.**

By: /s/ Todd M. Friedman
    Todd M. Friedman, Esq.
    Adrian R. Bacon, Esq.
    Attorneys for Plaintiff


Dated: October 6, 2017      WILSON SONSINI GOODRICH & ROSATI, P.C.

By: /s/ Maura L. Rees
    Maura L. Rees
    Attorneys for Defendant

**JOINT STIPULATION EXTENDING PLAINTIFF'S DEADLINE
TO FILE SECOND AMENDED COMPLAINT**
-3-

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Maura L. Rees, and that I have Ms. Rees's authorization to affix her electronic signature to this document.

Dated**:** October 6, 2017    **Law Offices of Todd M. Friedman, P.C.**

By: /s/ Todd M. Friedman
Todd M. Friedman, Esq.
Adrian R. Bacon, Esq.
Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

Filed electronically on October 6, 2017, with:

United States District Court CM/ECF system

Notification sent electronically on October 6, 2017, to:

Honorable Judge Edward M. Chen
United States District Court
Northern District of California, San Francisco Division

And to all counsel of record

s/Todd M. Friedman
Todd M. Friedman, Esq.