**Todd M. Friedman (216752)**
**Adrian R. Bacon (280332)**
**Law Offices of Todd M. Friedman, P.C.**
**21550 Oxnard Street, Suite 780**
**Woodland Hills, CA 91367**
**Phone: 877-206-4741**
**Fax: 866-633-0228**
**tfriedman@toddflaw.com**
**abacon@toddflaw.com**
**Attorneys for Plaintiff**

*Attorneys for Plaintiff, JAMES SWEET; CHUCK MERE; ZOMBIE GO BOOM, LLC, DBA ZOMBIEGOBOOM*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES SWEET; CHUCK MERE; ZOMBIE GO BOOM, LLC, DBA ZOMBIEGOBOOM,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE, LLC; YOUTUBE, LLC; and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 3:17-cv-03953-EMC<br><br>[Hon. Edward M. Chen]<br><br>**STIPULATION CONTINUING PLAINTIFF'S DEADLINE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Complaint Filed: July 13, 2017<br>Current Motion Hearing Date: January 4, 2018<br>New Date: TBD |

---

**JOINT STIPULATION EXTENDING PLAINTIFF'S DEADLINE**
**TO FILE FIRST AMENDED COMPLAINT**
-1-

1    Plaintiff, JAMES SWEET; CHUCK MERE; ZOMBIE GO BOOM, LLC,
2  DBA ZOMBIEGOBOOM, ("Plaintiff"), and Defendant, GOOGLE, INC.
3  ("Defendant"), hereby agree and stipulate as follows:

4    WHEREAS, on July 13, 2017, Plaintiff filed a purported Class Action
5  Complaint (the "Complaint") against Defendant, and served the Complaint on
6  Defendant on or about August 4, 2017;

7    WHEREAS, on October 26, 2017, Plaintiff filed their First Amended
8  Complaint ("FAC") against Defendant, and served the FAC on Defendant on or
9  about October 26, 2017.

10    WHEREAS, Defendant filed, on November 30, 2017, a motion to dismiss
11  Plaintiff's FAC;

12    WHEREAS, Pursuant to Northern District of California Local Rule 7-3(a),
13  Plaintiff's deadline to file an opposition to Defendant's motion to dismiss is
14  December 14, 2017, only 14 days after Defendant's filing of their motion to
15  dismiss;

16    WHEREAS, Defendant's Motion to Dismiss is scheduled to be heard on
17  January 4, 2018;

18    WHEREAS, Plaintiff's lead counsel will be out of the country for a period
19  of time encompassing the Motion to Dismiss's hearing date, the parties wish to
20  continue Plaintiff's deadline to file their opposition to Defendant's Motion to
21  Dismiss the complaint and to research and respond adequately to Defendant's
22  issues raised in their motion to dismiss;

23    WHEREAS, the parties have agreed to extend the deadline to January 25,
24  2018 for Plaintiff to file their opposition to Defendant's Motion to Dismiss;

25    WHEREAS, the parties have agreed to extend the deadline to February 8,
26  2018 for Defendant to respond to the Plaintiff's opposition to Defendant's Motion
27  to Dismiss;

28

WHEREAS; the parties will request this Honorable Court to vacate the January 4, 2018, hearing date for Defendant's Motion to Dismiss the Complaint and set the hearing date for Defendant's Motion to Dismiss for March 1, 2018; and

WHEREAS, the parties request that the case management conference currently scheduled for March 1, 2018, be continued to May 3, 2018;

Thus, it is hereby stipulated that:

1. Plaintiff's deadline to file their opposition to Defendant's Motion to Dismiss is continued to January 25, 2018, and Defendant's deadline to submit a response is continued to February 8, 2018;
2. The January 4, 2018 hearing date for Defendant's Motion to Dismiss the Complaint is continued to March 1, 2018; and
3. The case management conference currently scheduled for March 1, 2018 is continued to May 3, 2018.

Dated**:** December 1, 2017         **Law Offices of Todd M. Friedman, P.C.**

By: /s/ Todd M. Friedman
    Todd M. Friedman, Esq.
    Adrian R. Bacon, Esq.
    Attorneys for Plaintiff

Dated**:** December 1, 2017         WILSON SONSINI GOODRICH & ROSATI, P.C.

By: /s/ Maura L. Rees
    Maura L. Rees
    Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.



Hon. Edward M. Chen

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Maura L. Rees, and that I have Ms. Rees's authorization to affix her electronic signature to this document.

Dated**:** December 1, 2017        **Law Offices of Todd M. Friedman, P.C.**

                                By: /s/ Todd M. Friedman
                                    Todd M. Friedman, Esq.
                                    Adrian R. Bacon, Esq.
                                    Attorneys for Plaintiff

# **CERTIFICATE OF SERVICE**

Filed electronically on December 1, 2017, with:

United States District Court CM/ECF system

Notification sent electronically on December 1, 2017, to:

Honorable Judge Edward M. Chen
United States District Court
Northern District of California, San Francisco Division

And to all counsel of record

s/Todd M. Friedman
Todd M. Friedman, Esq.

**JOINT STIPULATION EXTENDING PLAINTIFF'S DEADLINE
TO FILE THEIR OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**
**-6-**

1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9           **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

| | |
|---|---|
| JAMES SWEET; CHUCK MERE; ZOMBIE GO BOOM, LLC, DBA ZOMBIEGOBOOM, <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE, LLC; YOUTUBE, LLC; and DOES 1-10, inclusive, <br><br> Defendant. | No.: 3:17-cv-03953-~~MEJ~~ EMC <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE THE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

– 1 –

[PROPOSED] ORDER GRANTING EXTENSION

US_ACTIVE-126011724.1

Currently before the Court is the Joint Stipulation Between Plaintiff JAMES SWEET; CHUCK MERE; ZOMBIE GO BOOM, LLC, DBA ZOMBIEGOBOOM ("Plaintiff") and Defendant GOOGLE, LLC; YOUTUBE, LLC ("Defendant") To Continue The Deadline for Plaintiff to File Their Opposition to Defendant's Motion to Dismiss, by and through their counsel. Good cause appearing, the Parties' Joint Stipulation is GRANTED, and IT IS HEREBY ORDERED that the deadlines in this matter will be continued as follows:

| | |
|---|---|
| Plaintiff's Opposition to Defendant's Motion to Dismiss: | January 25, 2018 |
| Defendant's Reply: | February 8, 2018 |
| Hearing on Motion to Dismiss Complaint: | March 1, 2018, at 1:30 p.m. |
| Case Management Conference: | May 3, 2018 at 9:30 a.m. |

IT IS SO ORDERED

Dated this  1st  day of  Dec. , 2017



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

– 2 –
[PROPOSED] ORDER GRANTING EXTENSION