UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SWEET, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE INC., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-03953-EMC<br><br>**JUDGMENT** |

On March 7, 2018, the Court granted Defendants' Motion to Dismiss (*see* Order, Docket No. 36). Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendants. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: March 7, 2018

_____
EDWARD M. CHEN
United States District Judge